```
 1  JACK S. SHOLKOFF, CA Bar No. 145097
    jack.sholkoff@ogletreedeakins.com
 2  VICKY H. LIN, CA Bar No. 253767
    vicky.lin@ogletreedeakins.com
 3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    400 South Hope Street, Suite 1200
 4  Los Angeles, CA  90071
    Telephone:  213.239.9800
 5  Facsimile:   213.239.9045

 6  Attorneys for Defendants
    Newegg Inc. (erroneously named as Newegg, Inc.)  and
 7  Magnell Associate Inc. (erroneously named as Magnell Associate, Inc.)
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHANG-JUN LI, an individual, and<br><br>Plaintiff,<br><br>v.<br><br>MAGNELL ASSOCIATE, INC., a California corporation, NEWEGG, INC., and DOES 1 -50, inclusive<br><br>Defendants. | Case No. CV13-00400 GAF (RZx)<br><br>**CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT IN COMPLIANCE WITH FRCP 7.1 AND LOCAL RULE 7.1-1**<br><br>[Filed concurrently with Civil Cover Sheet; Notice of Removal; Notice of Related Cases; and Declaration of Annette Kazmerski] |

14179962_1.DOC

DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the United States District Court for the Central District of California, Local Rule 7.1-1, the undersigned, counsel of record for Defendants Newegg Inc. and Magnell Associate Inc. certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Newegg Inc. This is a named Defendant in this action.
2. Magnell Associates Inc. This is a named Defendant in this action.
3. The law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. This is the entity that represents the Defendant Newegg in this action.
4. Chang-Jun Li. This is the plaintiff in this action.
5. Ray Hsu. This is the attorney that represents the Plaintiff in this action.

DATED: January 17, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Jack S. Sholkoff
Vicky H. Lin

Attorneys for Defendants
NEWEGG INC. and MAGNELL ASSOCIATE INC.

14179962.1 (OGLETREE)

14179962_1.DOC

1
DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES